**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

LENA MORALEZ, as Administrator of
the Estate of FRANK GREIGO, deceased,

  Plaintiff,

v.

TURN KEY HEALTH CLINICS, LLC,
and SHERIFF OF CLEVELAND
COUNTY, in his official capacity,

  Defendants.

Case No. 25-CV-01389-R

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW, Jessica James Curtis of the firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., and hereby enters her appearance as counsel of record for the Defendant *Sheriff of Cleveland County, in his official capacity* in the above-titled action. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

       Respectfully submitted,


       s/ Jessica James Curtis
       Robert S. Lafferrandre, OBA No. 11897
       Jessica L. Dark, OBA No. 31236
       Jessica James Curtis, OBA No. 35140
       PIERCE COUCH HENDRICKSON
        BAYSINGER & GREEN, L.L.P.
       1109 North Francis Avenue
       Oklahoma City, Oklahoma 73106
       Telephone:  (405) 235-1611
       Facsimile:   (405) 235-2904

rlafferrandre@piercecouch.com
jdark@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Sheriff of Cleveland County, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2025, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter,

s/ Jessica James Curtis
Jessica James Curtis

2