**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

LENA MORALEZ, as Administrator of
the Estate of FRANK GREIGO, deceased,

     Plaintiff,

v.

     Case No. 25-CV-01389-R

TURN KEY HEALTH CLINICS, LLC,
and SHERIFF OF CLEVELAND
COUNTY, in his official capacity,

     Defendants.

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW Jessica L. Dark of the firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., and hereby enters her appearance as counsel of record for Defendant *Sheriff of Cleveland County, in his official capacity* in the above-titled action. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Jessica James Curtis, OBA No. 35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Sheriff of*
*Cleveland County, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered an appearance in this case.

s/ Jessica L. Dark
Jessica L. Dark